UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DOUGLAS CORNELL JACKSON,

         Plaintiff,              Case No. 1:21-cv-1030

v.                                    Honorable Ray Kent

UNKNOWN NOVAK et al.,

         Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that within twenty-eight (28) days hereof, Plaintiff shall pay the $402.00 filing fees to the Clerk of this Court.  Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $402.00 filing fees.

Dated:   January 11, 2022                    /s/ Ray Kent
                                                      Ray Kent
                                                      United States Magistrate Judge

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**