UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DOUGLAS CORNELL JACKSON,

        Plaintiff,                         Case No. 1:21-cv-1030

v.                                             Honorable Ray Kent

UNKNOWN NOVAK et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   February 25, 2022                    /s/ Ray Kent
                                                           Ray Kent
                                                           United States Magistrate Judge